```
IN THE UNITED STATES DISTRICT COURT FOR THE
        SOUTHERN DISTRICT OF GEORGIA
               AUGUSTA DIVISION
```

| | |
|---|---|
| SALIH IBRAHIM, | * |
| Plaintiff, | * |
| v. | *   CV 123-037 |
| NATIONAL CREDIT SYSTEMS, INC., | * |
| Defendant. | * |

## O R D E R

This matter is before the Court on its own accord. On September 6, 2023, the Plaintiff filed a notice of settlement representing the Parties "reached a settlement" and "are presently drafting and finalizing the settlement agreement[] and general release . . . documents." (Doc. 16, at 1.) The notice of settlement further provides the Parties "will file the appropriate dismissal documents with the Court" when the settlement agreement and general release were executed. (Id.) However, nothing has been filed in this case since the notice of settlement. Accordingly, the Court **DIRECTS** the Parties to file a status report within **FOURTEEN (14) DAYS** from the date of this Order detailing the status of their case.

**ORDER ENTERED** at Augusta, Georgia, this ___18th___ day of July, 2024.

```
_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA
```